# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 3:09-cr-127
Also Case No. 3:16-cv-281

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

- vs -

RONALD E. SCHROYER,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 115), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Vacate (ECF No. 114) is DISMISSED with prejudice. Based on *Johnson v. United States*, 576 U.S. ___, 135 S. Ct. 2551, 192 L. Ed. 2d 569 (2015), Defendant is granted a certificate of appealability if requested.

July 25, 2016.

                                            Walter Herbert Rice
                                           United States District Judge