IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09cr127 |
| Plaintiff, | : | |
| v. | : | |
| RONALD SCHROYER, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

___

ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO
NOVA HOUSE FOR INPATIENT TREATMENT
___

Defendant Ronald Schroyer is to be released from Montgomery County Jail on September 15, 2020 by 12:00 noon. Defendant Schroyer is to be transported by his nephew directly to Nova House for inpatient residential treatment. Upon release from inpatient treatment, defendant shall immediately report to his probation officer, Eric Dern.

September 15, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Eric Dern