IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 3:09cr127 (1)

RONALD E. SCHROYER,        JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE WITH REMAINDER OF TEN YEAR PERIOD OF SUPERVISED RELEASE, WITH APPROPRIATE CREDIT TO FOLLOW, UPON STATED CONDITIONS; DEFENDANT'S RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT ORALLY INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT VOICED ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; ALL OF THE ABOVE *NUNC PRO TUNC* APRIL 21, 2021; TERMINATION ENTRY

---

On April 21, 2021, the Defendant, having previously been found in violation of his Supervised Release, a status that began on May 29, 2018, appeared by video conference for final disposition.

Pursuant to the record made on the aforesaid April 21, 2021, video conferencing, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, which includes time served from March 5, 2021, to the date of available bed space at Woodhaven Residential Treatment Center on April 26, 2021. The Defendant was ordered to serve the

remainder of his initial term of Supervised Release, with appropriate credit, upon the following conditions:

1. Defendant is to be compliant with his Probation Officer, adhere to all reporting requirements, test negative for any controlled substances and alcohol through Sober Link, and is to follow all conditions in the previously executed and approved Supervision Plan.

2. He is to discharge all presently undischarged conditions of supervision initially ordered at the time of his original sentencing on January 17, 2013.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same

Neither counsel for the Government nor for the Defendant lodged any procedural or substantive objections to this Court's disposition.

All the above *nunc pro tunc* April 21, 2021.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 6, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Eric Dern, USPO